UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

In Re:
    Luz M. Stephens                                  Chapter 7
        Debtor                                  Case No. 10-50813 ahws

## MOTION BY DEBTOR TO DISMISS CASE

Luz M. Stephens, hereby files this Motion by Debtor to Dismiss Case and in support thereof does hereby state as follows:

1.      The Debtor, Luz M. Stephens (hereinafter "Debtor"), filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code on April 9, 2010 which was converted to Chapter 7 on October 26, 2010.

2.      Ronald I. Chorches was appointed as the Chapter 7 Trustee for the Debtor's case.

3.      The First Meeting of Creditors was scheduled for November 24, 2010 but not held.

4.      The Debtor, Luz M. Stephens (hereinafter "Debtor"), had previously filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code in 2003.

6.      Given the existing circumstances of the case, the Debtor hereby requests that the case be dismissed.

7.      The Trustee has been advised of the Debtor's circumstances and consents to a dismissal of this case.

**WHEREFORE**, the Debtor, Luz M. Stephens, respectfully requests that this Court dismiss this Chapter 7 Petition and grant such other and further relief as the Court deems just and proper.

          Luz M. Stephens
          Debtor


BY: /s/ Neil R. Crane_____
     Attorney Neil R. Crane
     Law Offices of Neil Crane, LLC
     2700 Whitney Ave
     Hamden, CT  06518
     (203) 230-2233